# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:06-CV-1513 (DNH)(DRH)

JULIE VITTENGL, BENJAMIN DeGONZAGUE,
SARAH KAYS, and THOMAS BORST, on behalf
of themselves and all others similarly situated,

    - v -

WURLD MEDIA, INC.

[ ]    Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Defendant's motion to dismiss is GRANTED, and the complaint is dismissed in its entirety, in accordance with the Memorandum-Decision and Order of the Honorable David N. Hurd, United States District Judge, filed on April 5, 2007.

April 5, 2007

Clerk of Court

DATE

    C. Mergenthaler
    (BY)  DEPUTY CLERK

Entered and served on 4/5/07